**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
ANTONIO VENTURA,

           Plaintiff,

           -against-

GJUSHI CONSTRUCTION CO., LLC, et al.,

           Defendants.

------------------------------------------------------------x

21-CV-6662 (JMF)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Clerk of Court is respectfully directed to strike ECF 16.

**SO ORDERED.**

Dated: October 1, 2021
       New York, New York

_s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge