

November 3, 2021

*The initial pretrial conference is rescheduled for **January 11, 2022 at 3:45 p.m.**  The Clerk of Court is directed to close ECF No. 19.*

**By ECF**

*SO ORDERED.*

The Honorable Jesse M. Furman
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

*November 3, 2021*

      Re:    *Antonio Ventura v. Gjushi Construction Co., LLC et al*
                No. 1:21-cv-06662-JMF (S.D.N.Y.)

Dear Judge Furman:

    We represent defendants in the above-captioned case and write with the consent of plaintiff to seek an adjournment of the Initial Pretrial Conference, currently scheduled for November 16, 2021 at 3:30 p.m.  (Dkt. No. 9.)

    This is a putative collective action alleging violation of state and federal overtime law.  On Thursday, October 28, 2021, the parties participated in a pre-settlement teleconference with Judge Wang.  On that call, Judge Wang scheduled a settlement conference on December 6, 2021.  Your Honor's Order Regarding Early Mediation and the Initial Pretrial Conference provides that parties may request an adjournment of the Initial Pretrial Conference if the "assigned Magistrate Judge is unavailable to hold a settlement conference before the initial pretrial conference."  (*Id.*)  Given that Judge Wang has calendared a settlement conference for December 6, 2021, the parties respectfully request that the Court adjourn the Initial Pretrial Conference until a date subsequent to December 6, 2021.  Defendant's counsel has a scheduled vacation from December 9, 2021 until December 16, 2021 and respectfully requests that the Initial Pretrial Conference not be scheduled during that period.

    There have been no prior requests to adjourn the Initial Pretrial Conference.  Other than the Initial Pretrial Conference, there are no scheduled dates for the parties to appear before Your Honor.  We thank the Court for considering this request.

                            Very truly yours,

                            YANKWITT LLP

               By:   _____
                           Michael H. Reed

cc: Counsel of record (via ECF)