UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANTONIO VENTURA, on behalf of himself and all other persons similarly situated,

                Plaintiff,

  -against-

GJUSHI CONSTRUCTION CO., LLC, ARJAN GJUSHI, and MICHAEL GJUSHI,

                Defendants.

Case No. 1:21-cv-06662-JMF

**JUDGMENT**

---

A Notice of Acceptance of Offer of Judgment having been filed by Plaintiff on December 20, 2021, and then re-filed on December 21, 2021, accepting Defendants' December 17, 2021 offer to allow entry of judgment against them in the amount of $62,500.00, which is inclusive of all costs, attorneys' fees, interest, and any other monies that may otherwise be awarded to Plaintiff if he were to prevail in this action, it is

**ORDERED AND ADJUDGED** that judgment is entered in favor of Plaintiff Antonio Ventura and against Defendants Gjushi Construction Co., LLC, Arjan Gjushi, and Michael Gjushi, in the amount of $62,500.00, which is inclusive of all costs, attorneys' fees, interest, and any other monies that may otherwise be awarded to Plaintiff Antonio Ventura if he were to prevail in this action; and that this case is closed.

Dated: December __, 2021
       New York, New York         By: _____
                                                       Hon. Jesse M. Furman, U.S.D.J.