UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ANTONIO VENTURA, on behalf of himself
and all other persons similarly situated,

                    Plaintiff,

      -against-

GJUSHI CONSTRUCTION CO., LLC, ARJAN
GJUSHI, and MICHAEL GJUSHI,

                    Defendants.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/29/2021

21 **CIVIL** 6662 (JMF)(OTW)

**RULE 68 JUDGMENT**

It is hereby **ORDERED, ADJUDGED, AND DECREED**, that for the reasons stated in the Court's Order dated December 21, 2021, and whereas pursuant Rule 68 of the Federal Rules of Civil Procedure, Defendants Gjushi Construction Co., LLC, Arjan Gjushi, and Michael Gjushi having offered to allow Plaintiff Antonio Ventura have judgment against the Defendants in this action for the total sum of $62,500.00, inclusive of attorneys' fees, costs, and prejudgment interest accrued to date. This judgment will act to release and discharge Defendants from any and all claims that were or could have been alleged by Plaintiff in this action.

**Dated:**  New York, New York
          December 29, 2021

                                                      **RUBY J. KRAJICK**

                                                      **Clerk of Court**
                       **BY:**                _K Mango_
                                                    **Deputy Clerk**